## SIMPSON *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 102, September Term, 1965.]

*Decided April 29, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

The second application of Ernest Edwin Simpson for leave to appeal from the order denying him post conviction relief from his imprisonment for robbery is hereby denied for the

reasons stated in the opinion filed by Judge Sklar in the lower court.

The first application of the applicant for leave to appeal was denied in *Simpson v. Director,* 234 Md. 618.

*Application denied.*